UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                                                     Case No.  23-10943 (LGB)

**CSC 1 LLC**,                                                                      Chapter 11

                                        Debtor.

-----------------------------------------------------------x

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel, for **CSC 1 LLC (**in the above captioned action, certifies that the following is a publicly held corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the Corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

**No entities to report.**

Date: Harrison, NY
June 16, 2023

                                                           **/s/ H. Bruce Bronson**
                                                          H. Bruce Bronson
                                                          *Proposed Counsel for Debtor*
                                                          *And Debtor-in-Possession*
                                                          480 Mamaroneck Ave.
                                                          Harrison, NY  10528
                                                          914-269-2530
                                                          hbbronson@bronsonlaw.net